

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00307-CV

SCOTT WALLER                                        APPELLANT

V.

CITY OF FORT WORTH, TARRANT          APPELLEES
COUNTY, FORT WORTH
INDEPENDENT SCHOOL
DISTRICT, TARRANT COUNTY
COLLEGE DISTRICT, TARRANT
COUNTY HOSPITAL DISTRICT,
AND TARRANT REGIONAL WATER
DISTRICT

----------

### FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 096-D03252-14

----------

## MEMORANDUM OPINION[1]

----------

Appellant Scott Waller attempts to appeal from a default judgment entered

against South & West Lifestyles, Inc.

---

[1]*See* Tex. R. App. P. 47.4.

On September 2, 2016, we notified Waller that it appeared we lacked jurisdiction over this appeal because he was not a party to the trial court's judgment. We explained that a company may not appear in court through its directors or officers who are not attorneys and that a notice of appeal filed by such a director or officer is not effective. *See Globe Leasing, Inc. v. Engine Supply & Mach. Servs.*, 437 S.W.2d 43, 45 (Tex. Civ. App.—Houston [1st Dist.] 1969, no writ); *see also Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) ("Generally a corporation may be represented only by a licensed attorney . . . ."); *Dell Dev. Corp. v. Best Indus. Uniform Supply Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied) ("Corporations may appear and be represented only by a licensed attorney."). We advised Waller that this appeal could be dismissed unless he, or any party desiring to continue the appeal, filed a response showing grounds for continuing the appeal on or before September 12, 2016. *See* Tex. R. App. P. 42.3(a), 43.2(f). Waller did not file a response, nor did any party.

Because the notice of appeal does not confer jurisdiction on this court, we dismiss this appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f); *S & B Consulting Group, LLC v. Dietzman*, No. 02-14-00165-CV, 2014 WL 2922311, at *1 (Tex. App.—Fort Worth June 26, 2014, no pet.) (mem. op.) (dismissing appeal of

2

limited liability companies for lack of jurisdiction when nonlawyer member signed notice of appeal on behalf of the companies).[2]

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  October 27, 2016

---

[2]The only defendant named in the suit below was South & West Lifestyles, Inc., and the judgment is against South & West Lifestyles, Inc. only.